# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 7, 2001

*Before*

Hon. HARLINGTON WOOD, JR., *Circuit Judge*

No. 00-2854

| | |
|---|---|
| ROBERT J. TEZAK, | Appeal from the United States District Court |
| *Petitioner-Appellant*, | for the Northern District of Illinois, Eastern Division. |
| *v.* | |
| | No. 96 C 7936 |
| UNITED STATES OF AMERICA, | |
| *Respondent-Appellee*. | Wayne R. Andersen, |
| | *Judge*. |

## ORDER

The following is before the court: **GOVERNMENT'S UNOPPOSED MOTION TO CORRECT OPINION**, filed August 7, 2001, by counsel for the government.

**IT IS ORDERED** that the motion is **GRANTED** and this court's opinion dated July 11, 2001, is **MODIFIED** as follows:

1. At page 6 of the slip opinion, first full paragraph, fourth sentence, "John Bays," and "and a good friend of Tezak." are removed.

2. At page 6 of the slip opinion, first full paragraph, fifth sentence, "Bays" is replaced with "who".

3. At page 6 of the slip opinion, first full paragraph, the fourth sentence shall now read: "Tezak stated that he was approached by another prominent member of the Republican party in Joliet who was the focus of a grand jury investigation and who asked Tezak to destroy subpoenaed records which were housed in the PIC building."

4. At page 22 of the slip opinion, second full paragraph, the third sentence, "Bays was the target of the investigation involving the subpoenaed documents which were destroyed in the PIC arson." is removed.